[No. 4799-7-III.   Division Three.   February 10, 1983.]

TERRY HUNT, ET AL, *Respondents,* v. E. C.
SCHINDLER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Grant
County, No. 28817-C, Richard J. Ennis, J. Pro Tem.,
entered September 29, 1981. *Affirmed* by unpublished

opinion per Green, J., concurred in by Roe, C.J., and Munson, J.